GEORGE E. THROCKMORTON, Respondent, v. CHARLES G. MEINKEN, Appellant.

*Nuisance — pedestrian injured by being struck by a shaft cover blown from top of building.*

*Throckmorton* v. *Meinken*, 216 App. Div. 807, affirmed.

(Argued January 25, 1927; decided February 23, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the maintenance by defendant of a nuisance. The complaint alleged that the defendant was the lessee in possession of premises 427 West Thirteenth street, New York city, and that on January 24, 1919, while the plaintiff was lawfully upon the public highway, an elevator shaft cover was maintained by the defendant in such a careless, negligent and defective condition that it was caused and permitted to blow from the said premises, striking the plaintiff, and causing the injuries complained of.

*F. A. W. Ireland* for appellant.

*Thomas J. O' Neill* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THERESA BUNT, as Administratrix of the Estate of WILLIAM H. BUNT, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

*Negligence — railroads — passenger killed by being thrown from platform of train — failure to close doors of vestibule while train was in motion.*

*Bunt* v. *New York Central R. R. Co.*, 216 App. Div. 821, affirmed.

(Argued January 25, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,